FILED: February 2, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-7553
(1:17-cr-00640-RDB-1)
(1:21-cv-00981-RDB)

_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

MARK IAN GAVER

   Defendant - Appellant

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

     For the Court

     /s/ Nwamaka Anowi, Clerk